## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

**TUNG TRAN,**

   **Petitioner**

**v.**                                            **Case No.: 25-CV-01357-G**

**PAMELA BONDI et al.,**

   **Respondents.**

## **ORDER**

Currently before the Court is Petitioner's Motion for Leave to File Overlength Reply. *See* ECF Nos. 12 and 12-1. Because Petitioner has established good cause, the Motion **(ECF No. 12)** is **GRANTED.**

Petitioner's counsel is permitted to file the reply, as proposed, after adding the required Table of Authorities and Table of Contents.

**IT IS SO ORDERED** on December 8, 2025.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE