# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TUNG TRAN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-25-1357-G** |
| | ) |
| **PAMELA BONDI, Attorney General,** | ) |
| **et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

On December 29 2025, certain Respondents filed an Objection (Doc. No. 16) to the Report and Recommendation issued on December 22, 2025 (Doc. No. 15).

Given the expedited nature of the proceedings, Petitioner Tung Tran is DIRECTED to file any response to Respondents' Objection (Doc. No. 16) on or before January 5, 2026.

IT IS SO ORDERED this 29th day of December, 2025.

_____
CHARLES B. GOODWIN
United States District Judge