**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **TUNG TRAN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-25-1357-G** |
| | ) |
| **TODD BLANCHE, Acting Attorney** | ) |
| **General of the United States, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## JUDGMENT

Pursuant to the Order issued this same date, the Petition for Writ of Habeas Corpus (Doc. No. 1) is GRANTED pursuant to 28 U.S.C. § 2241.

Respondents SHALL either:

1. Within three (3) days of the date of this Order, provide Petitioner Tung Tran with notification of the reason for his revocation pursuant to 8 C.F.R. § 241.13(i) and, promptly thereafter, an informal interview allowing Petitioner to respond to the reasons for his revocation pursuant to § 241.13(i)(3); or

2. Immediately release Petitioner Tung Tran into the United States, subject to the terms of his previous Order of Supervision.

Petitioner's remaining claims for relief are dismissed without prejudice.

IT IS SO ORDERED this 30th day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge